IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CRANE CO., and DIXIE-NARCO INC., § § § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. No. 2:07-cv-42 |
| v. § | |
| § | Judge T. John Ward |
| SANDENVENDO AMERICA, INC., and § ROYAL VENDORS, INC. § | |
| § | |
| Defendants. § | |

**ORDER GRANTING SANDENVENDO'S MOTION FOR LEAVE TO SUPPLEMENT ITS INVALIDITY CONTENTIONS**

After full consideration of Defendant SandenVendo's Motion For Leave to Supplement Its Invalidity Contentions and Plaintiffs' Response in Opposition to SandenVendo's Motion For Leave to Supplement Its Invalidity Contentions, the Court has determined that the Motion should be GRANTED and Plaintiffs should be given leave to amend their infringement contentions as requested.

Accordingly, it is therefore ORDERED that Defendant SandenVendo America, Inc. is granted leave to supplement its Invalidity Contentions for U.S. Patent No. 6,513,677 (the '677 Patent), under P.R. 3-6(b), to add the contentions that the '677 Patent is invalid under 35 U.S.C. § 112 ¶2 for indefiniteness and failing to claim the subject matter the applicants regarded as their invention.

Additionally, it is ORDERED that Plaintiffs Crane Co. and Dixie-Narco, Inc. are granted

leave to amend their Infringement Contentions for the '677 Patent, under P.R. 3-1, to assert the language in the claims as issued.

SIGNED this 29th day of April, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE