**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CRANE CO. and DIXIE-NARCO, INC., | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action No. 2:07-CV-42 |
| SANDENVENDO AMERICA, INC. and ROYAL VENDORS, INC., | § § § § | |
| Defendants. | § § | |

**ORDER GRANTING
ROYAL VENDORS, INC.'S MOTION FOR LEAVE
TO SUPPLEMENT PATENT RULE 3-3 AND 3-4 DISCLOSURES**

The Court, having considered Defendant Royal Vendors, Inc.'s Motion for Leave to Supplement Patent Rule 3-3 and 3-4 Disclosures and Memorandum in Support, and finding good cause supporting it, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that Royal Vendors, Inc.'s Motion for Leave to Supplement Patent Rule 3-3 and 3-4 Disclosures is hereby GRANTED.

SIGNED this 29th day of April, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE